Date signed May 11, 2011



**PAUL MANNES**
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: | Case No. 10-35760 |
|---|---|
| Olivia Featherson, | Chapter 13 |
| Debtor. | |

## MEMORANDUM TO CREDITOR

      The court is in receipt of a written communication from Robert Fields regarding the status conference held on May 5, 2011, on Debtor's objection to his proof of claim. Mr. Fields asserts that he did not attend the hearing because he did not receive timely notice thereof and has requested that the court apprise him of its outcome. Accordingly, the court advises Mr. Fields that the purpose of the hearing was to establish deadlines and a future hearing date, as set forth in Scheduling Order entered on May 5, 2011 [D.E. No. 49], and that no adverse action was taken against him.


cc:      Debtor
            Debtor's Counsel - Stephen J. Williams
            Robert M. Fields, Gregory Fields Realty, LLC, 5403 Manchester Drive, Camp
                 Springs, MD 20746-4409

**End of Memorandum**